Satish Emn't
6655 38th Lane East
Sarasota, Florida 34243

RECEIVED
JAN 16 2024
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

Attn: Clerk of the Court
U.S. District Court of Kansas
500 State Avenue
Room # 259
Kansas City, KS 66101